1054

[No. 61900-4-I.  Division One.  August 24, 2009.]

SHEPLER CONSTRUCTION, INC., *Respondent*, v. GARY LEONARD ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for San Juan County, No. 02-2-05162-7, Vickie I. Churchill, J. Pro Tem., entered June 18, 2008. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Agid and Lau, JJ.

[No. 61913-6-I.  Division One.  August 24, 2009.]

DARLYNE CASHMAN, *Appellant*, v. PACIFIC SCIENTIFIC COMPANY, *Respondent*.

The unpublished opinion in this cause was *withdrawn* by order of the Court of Appeals dated February 8, 2010. A substitute unpublished opinion was filed on February 8, 2010. See 154 Wn. App. 1032.

[No. 61920-9-I.  Division One.  August 24, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. MARVIN EARL JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-5-00691-9, Theresa B. Doyle, J., entered April 23, 2008. *Dismissed* by unpublished per curiam opinion.

[No. 61962-4-I.  Division One.  August 24, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. TONY JOSE HIGUERA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-06083-5, Dean Scott Lum, J., entered June 16, 2008. *Remanded* by unpublished per curiam opinion.